FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Markey Raymond Ollogue DEFENDANT(S). | 11-MJ-1664 |
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Aug 5__, __2011__, at __9:30__ ☒ a.m. / ☐ p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __8/1/11__                    _____
                                     U.S. District Judge/Magistrate Judge